1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DOROTHEA MICHELE CLAYTON,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

CASE NO. C20-5210-MAT

ORDER RE: SOCIAL SECURITY
DISABILITY APPEAL

14

15

16

17

18

      This matter comes before this Court following an appeal (Dkt. 40) of the Court's order affirming the Social Security Administration's denial of benefits to Plaintiff (Dkt. 38). On November 9, 2021, the United States Court of Appeals for the Ninth Circuit issued an Order (Dkt. 44) reversing and remanding that decision to the Social Security Administration for additional proceedings consistent with the Order.

19

20

21

      On November 9, 2021, the Court of Appeals issued the formal Mandate pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, making it the final judgment of the Court. (Dkt. 45.)

22

23

      It is hereby ORDERED that this matter be remanded to the Social Security Administration for further proceedings consistent with the Order of the United States Court of Appeals for the

ORDER
PAGE - 1

Ninth Circuit entered November 9, 2021 (Dkt. 44).

      DATED this 10th day of November, 2021.

MARY ALICE THEILER
United States Magistrate Judge

ORDER
PAGE - 2